B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# Dallas DIVISION
# AMENDED

In re `American Housing Foundation`  Case No. `09-20373`
                                     Chapter `11`

_____,
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>AHF Development<br>1800 S. Washington St. Ste 311<br>Amarillo Tx   79102-2668 | Phone:<br>AHF Development | | | $ 16,080,449.00 |
| 2<br>Rainier American Investors III<br>c/o Ranier Capital Mgmt LP<br>13760 Noel Rd Ste 800<br>Dallas Tx   75240 | Phone:<br>Rainier American Investors III<br>c/o Ranier Capital Mgmt LP<br>13760 Noel Rd Ste 800<br>Dallas Tx   75240 | | C | $ 6,375,312.53 |
| 3<br>Rainier American Investors II<br>c/o Ranier Capital Mgmt LP<br>13760 Noel Rd Ste 800<br>Dallas Tx   75240 | Phone:<br>Rainier American Investors II<br>c/o Ranier Capital Mgmt LP<br>13760 Noel Rd Ste 800<br>Dallas Tx   75240 | | C | $ 5,862,461.32 |
| 4<br>Robert Templeton<br>PO Box 15010<br>Amarillo Tx   79105 | Phone:<br>Robert Templeton<br>PO Box 15010<br>Amarillo Tx   79105 | | C<br>U<br>D | $ 5,100,000.00 |
| 5<br>Rainier American Investors I<br>c/o Ranier Capital Mgmt LP<br>13760 Noel Rd Ste 800<br>Dallas Tx   75240 | Phone:<br>Rainier American Investors I<br>c/o Ranier Capital Mgmt LP<br>13760 Noel Rd Ste 800<br>Dallas Tx   75240 | | C | $ 5,011,070.56 |

_____,
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Countrywide Home Loans<br>P.O. BOX 650070<br>Dallas TX 75265 | Phone:<br>Countrywide Home Loans<br>P.O. BOX 650070<br>Dallas TX 75265 | | C U D<br><br>Value:<br>Net Unsecured: | $ 3,840,917.20<br><br>$ 0.00<br>$ 3,840,917.20 |
| 7<br>Texas Capital Bank<br>Commerial Loan Ops<br>PO Box 224318<br>Dallas TX 75222 | Phone:<br>Texas Capital Bank<br>Commerial Loan Ops<br>PO Box 224318<br>Dallas TX 75222 | | Value:<br>Net Unsecured: | $ 2,500,000.00<br><br>$ 0.00<br>$ 2,500,000.00 |
| 8<br>Happy State Bank<br>100 E Main<br>Happy TX 79042 | Phone:<br>Happy State Bank<br>100 E Main<br>Happy TX 79042 | | Value:<br>Net Unsecured: | $ 2,000,000.00<br><br>$ 0.00<br>$ 2,000,000.00 |
| 9<br>Storseth Family Trust<br>209 S. Arthur<br>Amarillo Tx 79102 | Phone:<br>Storseth Family Trust<br>209 S. Arthur<br>Amarillo Tx 79102 | | C U D | $ 1,850,000.00 |
| 10<br>Sprouse Shrader Smith PC<br>P.O. Box 15008<br>Amarillo TX 79105 | Phone:<br>Sprouse Shrader Smith PC<br>P.O. Box 15008<br>Amarillo TX 79105 | | | $ 1,342,461.14 |
| 11<br>W&K Akard Plaza<br>3219 McKinney Avenue<br>Dallas TX 75204 | Phone:<br>W&K Akard Plaza<br>3219 McKinney Avenue<br>Dallas TX 75204 | | C D | $ 1,185,726.60 |
| 12<br>Mid Continent Comm Dev Corp<br>1800 S Washington St<br>Suite 206<br>Amarillo TX 79102 | Phone:<br>Mid Continent Comm Dev Corp<br>1800 S Washington St<br>Suite 206<br>Amarillo TX 79102 | | | $ 1,113,606.17 |
| 13<br>David Miller<br>3004 Parker<br>Amarillo Tx 79109 | Phone:<br>David Miller<br>3004 Parker<br>Amarillo Tx 79109 | | C U D | $ 1,009,000.00 |

B4 (Official Form 4) (12/07)

_____ ,
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Wells Fargo<br>P.O. Box 659700<br>San Antonio TX   78286 | Phone:<br>Wells Fargo<br>P.O. Box 659700<br>San Antonio TX   78286 | | | $ 1,008,305.56 |
| 15<br>Frances Maddox Estate<br>PO Box 15010<br>Amarillo Tx   79105 | Phone:<br>Frances Maddox Estate<br>PO Box 15010<br>Amarillo Tx   79105 | | C<br>U<br>D | $ 1,000,000.00 |
| 16<br>Graham Investments<br>3838 Oak Lawn Ave #1500<br>Dallas Tx   75219 | Phone:<br>Graham Investments | | Value:<br>Net Unsecured: | $ 750,000.00<br>$ 0.00<br>$ 750,000.00 |
| 17<br>Heron Land Company<br>PO Box 15010<br>Amarillo Tx   79105 | Phone:<br>Heron Land Company<br>PO Box 15010<br>Amarillo Tx   79105 | | C<br>U<br>D | $ 700,000.00 |
| 18<br>Carrera Capital Ventures<br>7700 Old Georgetown Road<br>Bethesda  MD  20814 | Phone:<br>Carrera Capital Ventures<br>7700 Old Georgetown Road<br>Bethesda  MD  20814 | | | $ 478,631.71 |
| 19<br>Herring Bank<br>2201 Civic Circle<br>Amarillo TX   79109 | Phone:<br>Herring Bank<br>2201 Civic Circle<br>Amarillo TX   79109 | | | $ 250,000.00 |
| 20<br>AICCO<br>P.O. Box 200455<br>Dallas TX   75320-0455 | Phone:<br>AICCO<br>P.O. Box 200455<br>Dallas TX   75320-0455 | | | $ 221,370.81 |

B4 (Official Form 4) (12/07)

_____ ,
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Foundation

I, *Rick Crawford*, *President* of the *Foundation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *7/8/2009*     Signature */s/ Rick Crawford*
                           Name: *Rick Crawford*
                           Title: *President*